# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MB&A ROBOTWAYS,** <br><br> *Plaintiff*, <br><br> v. <br><br> **DIVERSEY, INC.,** <br><br> *Defendant*. | Case No. 1:18-cv-00239-LPS-CJB <br><br> Patent Case <br><br> Jury Trial Demanded |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MB&A Robotways, hereby gives notice of dismissal of this action WITHOUT PREJUDICE. The Defendant has not yet filed an answer or a motion for summary judgment.

Date: August 15, 2018

Respectfully submitted,

s/ Stamatios Stamoulis
Counsel for Plaintiff

Stamatios Stamoulis (#4606)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
Stamoulis@swdelaw.com

Richard C. Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
Weinblatt@swdelaw.com

- 2 -

Isaac Rabicoff
(*Pro Hac Vice Admission Pending*)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773.669.4590
isaac@rabilaw.com

Kenneth Matuszewski
(*Pro Hac Vice Admission Pending*)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
(708) 870-5803
kenneth@rabilaw.com

## **CERTIFICATE OF SERVICE**

Please take notice that on August 15, 2018, we electronically filed with the United States District Court for the District of Delaware, the above Notice. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

/s/ Stamatios Stamoulis
Counsel for Plaintiff